UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-570 (SHS) |
| -v- | : | <u>ORDER</u> |
| JUNIOR VLADIMIR JIMENEZ-CASTILLO, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court is in receipt of defendant's motion for release on bail [Doc. No. 33]. Accordingly,

IT IS HEREBY ORDERED that:

1. The government shall respond to the motion by Wednesday, June 10, 2020;

2. There will be a teleconference on Friday, June 12, at 2:30 p.m.; and

3. Defense counsel shall inform the Court, in writing, whether defendant waives his appearance at the teleconference on June 12, 2020.

Dated: New York, New York
       June 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.