UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-570 (SHS) |
| -v- | : | <u>ORDER</u> |
| JUNIOR VLADIMIR JIMENEZ-CASTILLO, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    An Order having been filed [Doc. No. 34] scheduling a teleconference in this matter for Friday, June 12, 2020, at 2:30 p.m.,

    IT IS HEREBY ORDERED that the parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
         June 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.