UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-570 (SHS) |
| -v- | : | ORDER |
| JUNIOR VLADIMIR JIMENEZ-CASTILLO, | : | |
| Defendant(s). | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    For the reasons set forth on the record today,

    IT IS HEREBY ORDERED that defendant's motion for bail [Doc. No. 33] is denied.

Dated: New York, New York
       June 12, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.