**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2020

**BY ECF**
The Honorable Sydney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Junior Vladimir Jimenez-Castillo, et. al.*, **19 Cr. 570 (SHS)**

Dear Judge Stein:

With consent of counsel for the remaining defendants, the Government writes to request respectfully that the Court exclude time under the Speedy Trial Act. At a conference on March 4, 2020, the Court excluded time under the Speedy Trial Act until June 22, 2020, the date of the then-scheduled final pretrial conference. On June 2, 2020, the Court adjourned the trial date and set a new final pretrial conference for August 28, 2020.

The Government, therefore, respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today's date, June 23, 2020, to and including August 28, 2020, to allow the parties to discuss a possible pretrial disposition and allow the defense to prepare for trial. Counsel for Junior Vladimir Jimenez-Castillo and Jose Verra Velez consent to this request.

**Application granted.**

**Dated:  New York, New York**
         **June 25, 2020**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Kyle A. Wirshba / Nicholas Chiuchiolo
Assistant United States Attorney
(212) 637-2493 / 1247

cc:   All counsel (by ECF)