```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :      ORDER
                                  :
    - v. -                        :      19 Cr. 570 (SHS)
                                  :
JUNIOR JIMINEZ-CASTILLO,          :
                                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -X
```

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 4, 2020;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
            November 12, 2020

SO ORDERED:

_____
HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK