May 5, 2021

**VIA ECF**                                            **MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Chimbo et al., (Junior Vladimir Jimenez-Castillo)*
        19 Cr. 570 (SHS)

Dear Judge Stein:

      On behalf of defendant Mr. Junior Jimenez-Castillo, I respectfully write to request, in light of the continued difficult conditions surrounding the COVID-19 pandemic, that the sentencing hearing currently scheduled for May 28, 2021 be adjourned 60-90 days, and that all sentencing submissions be adjourned in accordance with any new sentencing date set by the Court.

      I have conferred with the government concerning the defense's adjournment request and have been informed by AUSA Kyle Wirshba that the government consents to the defense's request.

                                                    Respectfully submitted,

                                                        /S/
                                                  Sean M. Maher
                                                  *Counsel for Junior Jimenez-Castillo*

cc: All counsel via ECF

**The sentencing is adjourned to August 11, 2021, at 11:00 a.m. and will take place in Courtroom 23A. The defense submissions are due by July 28, the government submissions are due by August 4.**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

**Dated: New York, New York
May 5, 2021**